IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-031-FDW-DCK

| | |
|---|---|
| RHAKEL MCBRIDE, and BOUGIE BEAUTIQUE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| URBAN RETAIL PROPERTIES, LLC, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion To Stay The Initial Attorneys' Conference" (Document No. 7) filed March 7, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion To Stay The Initial Attorneys' Conference" (Document No. 7) is **GRANTED with modification**. The parties shall file their Certificate of Initial Attorneys' Conference on or before **April 13, 2022**, unless otherwise ordered by the Court.

**SO ORDERED**.

Signed: March 7, 2022

David C. Keesler
United States Magistrate Judge